An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREW CODY SEVY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65692

**FILED**

SEP 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of assault with a deadly weapon. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Andrew Cody Sevy contends that the district court abused its discretion by sentencing him to a term of incarceration rather than granting his request for probation. Sevy offers no argument in support of his assertion and fails to demonstrate that the district court abused its discretion. *See* NRS 176A.100(1)(c) (imposition of probation is within district court's discretion); *Houk v. State*, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987) ("The sentencing judge has wide discretion in imposing a sentence, and that determination will not be overruled absent

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31104

a showing of abuse of discretion."). Accordingly, we

ORDER the judgment of conviction AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Michael Montero, District Judge
     Humboldt County Public Defender
     Attorney General/Carson City
     Humboldt County District Attorney
     Humboldt County Clerk

---

[1]The fast track response submitted in this case fails to comply with NRAP 32(a)(4) because it does not contain page numbers. *See* NRAP 3C(h)(1) (requiring fast track filings to comply with the provisions of NRAP 32(a)(4)-(6)). We caution counsel for the State that future failure to follow the Nevada Rules of Appellate Procedure when filing briefs with this court may result in the imposition of sanctions. *See* NRAP 3C(n).

SUPREME COURT
OF
NEVADA

(O) 1947A